# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DEL CONTE, | : |
| Plaintiff, | : 05-6191 |
| vs. | : |
| BOROUGH OF AMBLER, BRUCE JONES and AFSCME, DISTRICT COUNCIL 88 LOCAL 317-M | : |
| Defendants. | : |

## ENTRY OF APPERANCE AND DEMAND FOR JURY TRIAL

*TO THE CLERK OF THE COURT:*

Kindly enter my appearance as counsel for Defendants, Borough of Ambler and Bruce Jones in the above-captioned matter. Defendants hereby demand a trial by a jury of twelve.

**DEASEY, MAHONEY & BENDER, LTD.**

By /s/ Carla P. Maresca (CM853)
**CARLA P. MARESCA**
*Attorneys for Defendants*
*Borough of Ambler and*
*Bruce Jones*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DEL CONTE, | : | |
| Plaintiff, | : | 05-6191 |
| vs. | : | |
| BOROUGH OF AMBLER, BRUCE JONES and AFSCME, DISTRICT COUNCIL 88 LOCAL 317-M | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Demand for Trial by Jury of Defendants, Borough of Ambler and Bruce Jones has been served, via U.S. First Class Mail, postage prepaid, upon the following counsel:

>David P. Bateman, Esquire
>**BATEMAN CALIENDO LLC**
>420A Dresher Road
>Horsham, PA 19044

Dated: December 5, 2005         By  /s/ Carla P. Maresca (CM853)
                                     **CARLA P. MARESCA**